■ In the Matter of LOUIS ATKIN, Respondent, v BOARD OF ASSESSORS OF TOWN OF GREECE et al., Appellants. (Appeal No. 1.) [855 NYS2d 390]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered August 31, 2006 in a proceeding pursuant to RPTL article 7. The order, among other things, denied respondents' motions to strike and preclude certain evidence and dismiss the petitions.

■ In the Matter of LOUIS ATKIN, Respondent, v BOARD OF ASSESSORS OF TOWN OF GREECE et al., Appellants. (Appeal No. 2.) [855 NYS2d 391]—Appeal from an amended order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered March 6, 2007 in a proceeding pursuant to RPTL article 7. The

amended order, among other things, set aside the assessments of three contiguous tax parcels comprising industrial property located at 4777 Dewey Avenue in the Town of Greece.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Smith, Peradotto, Pine and Gorski, JJ. [*See* 19 Misc 3d 1125(A), 2007 NY Slip Op 52552(U).]